UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREFERRED REAL ESTATE INVESTMENTS, INC. <br> 1001 E. Hector Street, Suite 100 <br> Conshohocken, PA 19428 <br><br> RIVERTOWN DEVELOPERS, LP <br> 1001 E. Hector Street, Suite 100 <br> Conshohocken, PA 19428 <br><br> PREFERRED ASSET MANAGEMENT, LLC <br> 1001 E. Hector Street, Suite 100 <br> Conshohocken, PA 19428 <br><br> Plaintiffs, <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY, <br> 9025 North Lindbergh Drive <br> Peoria, IL 61615 <br> Defendant. | CIVIL ACTION <br> NO. 06-1353 <br><br> JURY TRIAL DEMANDED |

**ANSWER TO DEFENDANT MT. HAWLEY'S COUNTERCLAIM**

Plaintiffs, Preferred Real Estate Investments, Inc. ("PREI"), Rivertown Developers, LP ("Rivertown"), Preferred Asset Management, LLC ("Preferred Asset Management") and all related entities named in an action for personal injury pending in Philadelphia Court of Common Pleas captioned <u>McCormick, et al. v. Preferred Real Estate Investments, Inc., et al.</u>, No. 633, November Term, 2004 (the "Personal Injury Action") (collectively the "PREI Entities"), by and through their attorneys, Duane Morris LLP, hereby Answer the Defendant's Counterclaim as follows:

14. Denied. By way of further response, this paragraph contains a legal conclusion to which no response is required.

DUANE MORRIS LLP

By: /s/ Amanda M. Leadbetter
　　　Patrick J. Loftus, Esquire
　　　Attorney I.D. No. 60417
　　　Amanda Leadbetter, Esquire
　　　Attorney I.D. No. 91728
　　　30 South 17th Street
　　　Philadelphia, PA 19103
　　　215.979./1367/1192
　　　Attorneys for Preferred Real Estate
　　　Investments, Inc., Rivertown Developers, LP
　　　and Preferred Asset Management, LLC

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I, Amanda M. Leadbetter, Esquire, hereby certify that a true and correct copy of the forgoing Answer To Defendant Mt. Hawley's Counterclaim was mailed via first class mail, postage prepaid upon the following:

> Jeffrey A. Ramaley, Esquire
> Zimmer Kunz
> 3300 U.S. Steel Tower
> Pittsburgh, PA  15219-2702

> /s/ Amanda M. Leadbetter\_\_\_\_
> Amanda M. Leadbetter, Esquire