IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PREFERRED REAL ESTATE INVESTMENTS, INC., RIVERTOWN DEVELOPERS, LP, and PREFERRED ASSET MANAGEMENT, LLC ) ) ) | ) ) Civil Action No. 06-1353 |
| Plaintiffs, ) | ) |
| v. ) | ) The Honorable John P. Fullam ) |
| MT. HAWLEY INSURANCE COMPANY ) | ) |
| Defendant. ) | ) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and between the parties to the above-captioned action, that all claims and counterclaims in the action are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 31, 2008

Respectfully submitted,

Jeffrey A. Ramaley, Esq.
Attorney I.D. No. 41559
ZIMMER KUNZ, P.L.L.C
3300 USX Tower
Pittsburgh, PA 15219
412-281-8000 (telephone)

Attorney for Defendant Mt. Hawley
   Insurance Company

_____

David J. Caputo, Esq.
Attorney I.D. No. 79317
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000 (telephone)

Attorney for Plaintiffs Preferred Real Estate
 Investments, Inc., Rivertown Developers,
 LP and Preferred Asset Management, LLC

SO ORDERED, this ____ day of January, 2008.


_____

J.